138225

RECEIVED
BY MAIL
AUG 24 2001
CLERK US DIST COURT
ST. PAUL, MN

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 708 Federal Building**
**316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100**

**PETITION FOR ADMISSION PRO HAC VICE**

Case Number: CV 01-~~524~~ 1524 DSD/JMM  Case Title: Dr. Performance of Minnesota, Inc. v. Dr. Performance Management, LLC, et al.

**Affidavit of Movant**

I, Russell S. Ponessa, an active member in good standing of the bar of the U. S. District Court for the District of Minnesota, request that this Court admit pro hac vice Joseph H. Badami, an attorney admitted to practice in the U. S. District Court, District of Nebraska, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (X) defendant Dr. Performance Management LLC in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature]
Signature

169316
MN Attorney License #

8/23/01
Date

**Affidavit of Proposed Admittee**

I, Joseph H. Badami, am currently a member in good standing of the U. S. District Court for the District of Nebraska but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Joseph H. Badami
Type/Print Name

Joseph H Badami
Signature

8/22/01
Date

Attorney License Number: No. 10155

Law Firm Name & Address: Woods & Aitken LLP
301 South 13th Street
Suite 500
Lincoln, Nebraska 68508

Telephone: 402-437-8500

Motion Granted: Richard D. Sletten
For the Court Francis E. Dosal, Clerk

AUG 24 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED AUG 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

HC26DS2/4698/2669437.v1 8/21/01

** TOTAL PAGE.03 **