UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Dr. Performance of Minnesota, Inc., a Minnesota corporation,**

**Plaintiff,**

**v.**

**Dr. Performance Management, LLC, Thomas Rikli, Richard Rikli, Ronald Baldwin, Jerry Atkins, John Doe and Mary Roe, whose names are unknown to Plaintiff,**

**Defendants,**

**v.**

**Dr. Performance Management, LLC, Ronald Baldwin, and Jerry Atkins,**

**Defendants and Third-Party Plaintiffs,**

**v.**

**Dr. Performance, Inc., an Idaho corporation, and Barry Sadler, a/k/a Barry Saddler,**

**Third-Party Defendants.**

**Civil No. 01-1524 (DSD/SRN)**

**ORDER**

---

Greg Simpson, Esq., on behalf of Plaintiff

Joseph Badami, Esq., on behalf of Defendants and Third-Party Plaintiffs

---

SUSAN RICHARD NELSON, United States Magistrate Judge



FILED MAR 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

The above entitled matter came before the undersigned United States Magistrate Judge on Defendants and Third-Party Plaintiffs' Counsel's Motion to Withdraw as Counsel for Defendants and Third-Party Plaintiffs (Doc. No. 60). This case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and Local Rule 72.1.

Plaintiff has advised the Court that it does not oppose the above motion.

**THEREFORE,** being duly advised of the issues and having considered the arguments of counsel, **IT IS HEREBY ORDERED that:**

1. Defendants and Third-Party Plaintiffs' Counsel's Motion to Withdraw as Counsel for Defendants and Third-Party Plaintiffs (Doc. No. 60) is **GRANTED**.

Dated: March 10, 2003

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge