UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1524(DSD/SRN)

Dr. Performance of Minnesota,
Inc., a Minnesota corporation,

Plaintiff,

v. **ORDER**

Dr. Performance Management,
L.L.C., a limited liability
company, Thomas Rikli, Richard
Rikli, Ronald Baldwin, Jerry
Atkins, John Doe and Mary Roe,
whose names are unknown to plaintiff,

Defendants.

v.

Dr. Performance Management,
L.L.C., Ronald Baldwin and
Jerry Atkins,

Defendants and
Third-Party Plaintiffs,

v.

Dr. Performance, Inc., an Idaho
corporation, and Barry Sadler
a/k/a Barry Saddler,

Third-Party Defendants.

It appearing that proceedings in the above matter have been stayed pending the disposition of litigation in another court which may render this litigation moot,

**IT IS HEREBY ORDERED** that the clerk administratively terminate the action in his records, without prejudice to the right of the

FILED 3-11-03
Richard D. Sletten, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______

parties to move to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

Dated: March 10, 2003

David S. Doty, Judge
United States District Court